UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DANIELLE WALKER                                                                          PLAINTIFF

VS.                                                         CIVIL ACTION NO. 4:09cv64-DPJ-JCS

WENDY'S OF JACKSON, INC., ET AL.                                                  DEFENDANTS

## **ORDER OF RECUSAL**

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents the Defendant Perimeter Foods, Inc. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 10th day of August, 2009.

                                                    s/ *Daniel P. Jordan III*
                                                  UNITED STATES DISTRICT JUDGE